# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Democratic National Committee; Arizona Democratic Party,<br><br>               Plaintiffs,<br><br>   v.<br><br>Katie Hobbs, *in her official capacity as Arizona Secretary of State*; Mark Brnovich, *in his official capacity as Arizona Attorney General*,<br><br>               Defendants. | Case No. 2:22-cv-01369-DJH<br><br>ORDER |

Upon consideration of Plaintiffs Democratic National Committee's and Arizona Democratic Party's Motion to Transfer the Related Case of *Democratic National Committee, et al. v. Hobbs, et al.*, Case No. 21-cv-1369-DJH to the Honorable Judge Susan R. Bolton pursuant to Local Rule 42.1, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

*Democratic National Committee, et al. v. Hobbs, et al.*, Case No. 21-cv-1369-DJH shall be marked as related to the consolidated actions, *Mi Familia Vota v. Hobbs*, 2:22-cv-509-SRB; *Living United for Change in Arizona v. Hobbs*, 2:22-cv-519-SRB; *Poder Latinx v. Hobbs, et al.*, 2:22-cv-1003-PHX-SRB; and *United States v. Arizona*, 2:22-cv-1124-PHX-SRB, and transferred accordingly.