1
Papetti Samuels Weiss McKirgan LLP
Bruce Samuels (State Bar No. 015996)
2
bsamuels@pswmlaw.com
Jennifer Lee-Cota (State Bar No. 033190)
3
jleecota@pswmlaw.com
Scottsdale Quarter
4
15169 North Scottsdale Road
Suite 205
5
Scottsdale, AZ 85254
+1 480 800 3530
6

7
Wilmer Cutler Pickering Hale and Dorr LLP
Seth P. Waxman, (*pro hac vice application pending*)
seth.waxman@wilmerhale.com
8
Daniel Volchok, (*pro hac vice application pending*)
daniel.volchok@wilmerhale.com
9
Christopher E. Babbitt, (*pro hac vice*)
christopher.babbitt@wilmerhale.com
10
Edward Williams (*pro hac vice*)
ed.williams@wilmerhale.com
11
Susan M. Pelletier (*pro hac vice application pending*)
susan.pelletier@wilmerhale.com
12
1875 Pennsylvania Avenue NW
Washington, DC 20006
13
+1 202 663 6000
+1 202 663 6363
14

15
*Attorneys for Plaintiffs*

16                     **UNITED STATES DISTRICT COURT**

17                         **DISTRICT OF ARIZONA**

18
Democratic National Committee; Arizona
Democratic Party,
19
                                                        Case No. 2:22-cv-01369-SRB
                            Plaintiffs,
20
                                                        PLAINTIFFS' UNOPPOSED
        v.                                              MOTION TO CONSOLIDATE
21
22
Katie Hobbs, *in her official capacity as Arizona
Secretary of State*; Mark Brnovich, *in his official
capacity as Arizona Attorney General*,
23
                            Defendants.
24

25         Pursuant to Federal Rule of Civil Procedure 42(a) and Arizona Local Rule 42.1(b),

26 Plaintiffs Democratic National Committee and the Arizona Democratic Party respectfully

27 move to consolidate this action with *Mi Familia Vota v. Hobbs*, 2:22-cv-509-PHX-SRB, which

28 has already been consolidated with *Living United for Change in Arizona v. Hobbs*, 2:22-cv-

519-PHX-SRB;  *Poder Latinx v. Hobbs, et al.*, 2:22-cv-1003-PHX-SRB; and *United States v. Arizona*, 2:22-cv-1124-PHX-SRB, and is pending before this Court.  Counsel for the Democratic National Committee and the Arizona Democratic Party have conferred with counsel in the consolidated cases, and no party opposes this motion.

Rule 42(a) provides district courts broad discretion to consolidate cases pending in the same district.  *Invs. Rsch. Co. v. U.S. Dist. Ct. for Cen. Dist. Of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989).  The consolidated cases and the instant case concern overlapping challenges to the same recently enacted Arizona election law, House Bill 2492 ("H.B. 2492").  The Democratic National Committee and Arizona Democratic Party allege in this case that House Bill 2492 violates the First and Fourteenth Amendment, as well as various provisions of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. § 20510, as well as Section 101 of the Civil Rights Act of 1964 (Section 101), 52 U.S.C. § 10101.  Plaintiffs in the consolidated cases have similarly alleged that House Bill 2492 violates these laws.  *See, e.g.,* Mi Familia Vota Second Am. Compl., *Mi Familia Vota v. Hobbs*, No. 1.22-cv-509-PHX-SRB (D. Ariz. July 18, 2022), ECF No. 65 at ¶¶ 76-106; United States Compl., *United States v. Arizona*, No. 2.22-cv-1124-PHX-SRB, ECF No. 1, at ¶¶ 62-71; Living United For Change Am. Compl., *Living United for Change in Arizona v. Hobbs*, No. 2.22-cv-519-PHX-SRB, ECF No. 67 at ¶¶ 308-328, 342-62; Poder Latinx Compl., *Poder Latinx v. Hobbs, et al.*, 2.22-cv-1003-PHX-SRB, ECF No. 1, at ¶¶ 62-97.  These cases "involve [] common question[s] of law [and] fact," and consolidation will promote efficiency and convenience without imposing undue prejudice on any party.  The cases challenge the same law, are filed against the same parties, and adjudication of the claims in each will require   overlapping discovery and briefing.  Consolidation is accordingly appropriate.  *See* Fed. R. Civ. P. 42(b).

For the reasons set forth above, the Democratic National Committee and Arizona Democratic Party respectfully request that this Court consolidate this matter with *Mi Familia Vota v. Hobbs*, 2.22-cv-509-PHX-SRB (D. Ariz.).

1    DATED this 23rd day of August, 2022.

2                                              PAPETTI SAMUELS WEISS MCKIRGAN LLP

3                                              /s/Jennifer Lee-Cota
                                               Bruce Samuels
4                                              Jennifer Lee-Cota

5                                              WILMER CUTLER PICKERING HALE AND DORR
                                               LLP
6
                                               Seth P. Waxman (*pro hac vice application
7                                              pending*)
                                               Daniel Volchok (*pro hac vice application
8                                              pending*)
                                               Christopher E. Babbitt (*pro hac vice*)
9                                              Edward Williams (*pro hac vice*)
                                               Susan Pelletier (*pro hac vice application
10                                             pending*)

11                                             *Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2022, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record. For parties whose counsel have not yet entered an appearance, copies of this motion have been served via electronic mail.

Christine Bass
States United Democracy Center - Los Angeles, CA
506 S. Spring St., Ste. 13308
Los Angeles, CA 90013
christinebass@statesuniteddemocracy.org

David Andrew Gaona
Kristen Michelle Yost
Roopali H Desai
Coppersmith Brockelman PLC
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
agaona@cblawyers.com
kyost@cblawyers.com
rdesai@cblawyers.com

Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 N Central Ave., Ste. 1900
Phoenix, AZ 85004
602-381-5478
Fax: 602-224-6020
Email: kyost@cblawyers.com

Roopali H Desai
Coppersmith Brockelman PLC
2800 N Central Ave., Ste. 1900
Phoenix, AZ 85004
602-381-5478
Fax: 602-224-6020
Email: rdesai@cblawyers.com

Sambo Dul
States United Democracy Center - Tempe, AZ
8205 S. Priest Dr., Ste. #10312
Tempe, AZ 85284
bo@statesuniteddemocracy.org

Brunn Wall Roysden , III
Drew Curtis Ensign
Office of the Attorney General - Phoenix
2005 N. Central Ave.
Phoenix, AZ 85004-1592
beau.roysden@azag.gov
drew.ensign@azag.gov

*Counsel for Defendants Secretary of State Katie Hobbs
and Arizona Attorney General Mark Brnovich*

/s/Joye Allen