# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Democratic National Committee, et al., | No. CV-22-01369-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

The Court has considered the Unopposed Motion to Intervene with Memorandum of Points and Authorities of Republican National Committee. Without opposition;

IT IS ORDERED granting the Unopposed Motion to Intervene of the Republican National Committee. (Doc. 10)

Dated this 23rd day of August, 2022.

_____
Susan R. Bolton
United States District Judge