AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| The Arizona Democratic Party; The Democratic National Committee; and DSCC,<br>*Plaintiff(s)*<br>v.<br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.<br>*Defendant(s)* | Civil Action No. CV-20-1143-PHX-DLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wendy John
921 Thatcher Boulevard
2nd Floor
Safford, AZ 85546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexis E. Danneman
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________

______________ *Clerk*

**ISSUED ON 12:45 pm, Jun 10, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* WENDY JOHN, GRAHAM COUNTY RECORDER

was received by me on *(date)* 6/11/2020

☒ I personally served the summons on the individual at *(place)* 921 W. THATCHER BLVD., SAFFORD, AZ 85546 on *(date)* 6/11/2020 AT 2:53 PM ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/11/2020

Sheri Rios

*Server's signature*

SHERI RIOS, PRIVATE PROCESS SERVER GRPS201700002

*Printed name and title*

GRAHAM COUNTY, ARIZONA
PO BOX 2790, THATCHER, AZ 85552

*Server's address*

Additional information regarding attempted service, etc: