AO 435 Administrative Office of the United States Courts FOR COURT USE ONLY
AZ Form (Rev. 10/2018) DUE DATE:

**TRANSCRIPT ORDER**

| | | |
|---|---|---|
| 1. NAME Robert J. Makar | 2. PHONE NUMBER (602) 542-3333 | 3. DATE 06/26/20 |
| 4. FIRM NAME Arizona Attorney General's Office | | |
| 5. MAILING ADDRESS 2005 North Central Avenue | 6. CITY Phoenix | 7. STATE AZ / 8. ZIP CODE 85004 |
| 9. CASE NUMBER 2:20-cv-01143-DLR | 10. JUDGE Douglas L. Rayes | DATES OF PROCEEDINGS: 11. 06/23/20 12. |
| 13. CASE NAME Arizona Democratic Party et al v. Hobbs et al | | LOCATION OF PROCEEDINGS: 14. Telephonic - USDC 15. STATE AZ |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) | 06/23/20 |
| ☑ OPENING STATEMENT (Plaintiff) | 06-23-20 | | |
| ☑ OPENING STATEMENT (Defendant) | 06-23-20 | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | 06-23-20 | ☑ PRE-TRIAL PROCEEDING | 06/23/20 |
| ☑ CLOSING ARGUMENT (Defendant) | 06-23-20 | | |
| ☑ OPINION OF COURT | 06-23-20 | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Entire Telephonic | 06/23/20 |
| ☐ BAIL HEARING | | Hearing | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS(expedited) | ☐ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☑ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.) — ESTIMATED COSTS
- ☐ PAPER COPY
- ☑ PDF (e-mail)
- ☐ ASCII (e-mail)

E-MAIL ADDRESS: ACL@azag.gov; Robert.Makar@azag.gov

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Robert J. Makar

20. DATE 06/26/20

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY