Elisabeth C. Frost*
John M. Geise*
Joseph N. Posimato*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
efrost@elias.law
jgeise@elias.law
jposimato@elias.law

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0176
bstafford@elias.law

Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

*Attorneys for Intervenor-Plaintiffs*
**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Mi Familia Vota; et al.,
Plaintiffs,
and
DSCC and DCCC,
Plaintiff-Intervenors,
v.
Katie Hobbs, in her official capacity as Arizona Secretary of State; et al.,
Defendants,
and
RNC and NRSC,
Defendant-Intervenors.

Case No. CV-21-01423-DWL

**INTERVENOR-PLAINTIFFS' OPPOSITION TO THE ATTORNEY GENERAL'S RULE 54(b) MOTION FOR JUDGMENT ON DISMISSED CLAIMS**

Intervenor-Plaintiffs' DSCC and DCCC join fully in Plaintiffs' Opposition to Defendant Attorney General's Rule 54(b) Motion for Judgment on Dismissed Claims (ECF No. 75). For the reasons stated therein, the Court should deny the Attorney General's motion.

Dated: September 1, 2022

Respectfully Submitted,

*<u>/s/ Daniel A. Arellano</u>*
Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar. No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Elisabeth C. Frost*
John M. Geise*
Joseph N. Posimato*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
efrost@elias.law
jgeise@elias.law
jposimato@elias.law

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0176
bstafford@elias.law

*Attorneys for Intervenor-Plaintiffs*
**Admitted Pro Hac Vice*